**FILED**
CLERK, U.S. DISTRICT COURT
11/07/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID RODRIGUEZ,<br>  aka "Gotti,"<br>  aka "Fat Boy," and<br>RAYMOND O'CONNELL,<br>  aka "Sal,"<br>  aka "White Boy,"<br><br>  Defendants. | CR No. 2:24-cr-00665-SVW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 848(a), (b): Engaging in a Continuing Criminal Enterprise; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II): Distribution of Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II): Possession with Intent to Distribute Cocaine; 21 U.S.C. §§ 853 and 881(a)(6) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 848(a), (b)]

[ALL DEFENDANTS]

Beginning on an unknown date, but no later than August 2013, and continuing to on or about October 28, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendants DAVID RODRIGUEZ, also known as ("aka") "Gotti," aka "Fat Boy," and RAYMOND O'CONNELL, aka "Sal," aka "White Boy," engaged in a continuing criminal enterprise in that defendants RODRIGUEZ and

O'CONNELL knowingly and intentionally violated Title 21, United States Code Section, 841(a)(1) by committing violations, including but not limited to, the felony violations alleged in Counts Two through Five of this Indictment, which Counts are re-alleged and incorporated here by reference, all of which violations were part of a continuing series of felony violations of subchapters I and II of Title 21 of the United States Code, undertaken by defendants RODRIGUEZ and O'CONNELL in concert with at least five other persons with respect to whom defendants RODRIGUEZ and O'CONNELL occupied a position of organizer, supervisor, and manager, and from which continuing series of violation defendants RODRIGUEZ and O'CONNELL obtained substantial income and resources.

Furthermore, defendants RODRIGUEZ and O'CONNELL were principal administrators, organizers, and leaders of the criminal enterprise, which involved the possession with intent to distribute and distribution of at least 150 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

### CONTINUING SERIES OF VIOLATIONS

In addition to Counts Two through Five of this Indictment, the following series of violations were committed or caused by defendants RODRIGUEZ and O'CONNELL:

1. On or about August 15, 2013, in Los Angeles, California, the criminal enterprise knowingly and intentionally distributed 21.4 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II);

2. From December 2021 to May 2024, in the states of New York and California, the criminal enterprise knowingly and intentionally distributed approximately 20,941 gross kilograms (inclusive of packaging material) containing a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II);

3. On or about March 15, 2023, in Townsville, South Carolina, the criminal enterprise knowingly and intentionally possessed with intent to distribute 40 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II);

4. On or about October 11, 2023, in New York City, New York, the criminal enterprise knowingly and intentionally distributed 29.04 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II); and

5. On or about November 29, 2023, in New York City, New York, the criminal enterprise knowingly and intentionally distributed one kilogram of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II).

1                         COUNT TWO
2    [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II); 18 U.S.C. §§ 2(a), (b)]
3                       [ALL DEFENDANTS]
4         On or about March 7, 2024, in Los Angeles County, within the
5    Central District of California, defendants DAVID RODRIGUEZ, also
6    known as ("aka") "Gotti," aka "Fat Boy," and RAYMOND O'CONNELL, aka
7    "Sal," aka "White Boy," aiding and abetting each other, knowingly and
8    intentionally distributed, and willfully caused to be distributed, at
9    least five kilograms, that is, approximately 39 kilograms, of a
10   mixture and substance containing a detectable amount of cocaine, a
11   Schedule II narcotic drug controlled substance.

|   |   |
|---|---|
| 1 | COUNT THREE |
| 2 | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II); 18 U.S.C. §§ 2(a), (b)] |
| 3 | [ALL DEFENDANTS] |

On or about August 30, 2024, in Los Angeles County, within the Central District of California, defendants DAVID RODRIGUEZ, also known as ("aka") "Gotti," aka "Fat Boy," and RAYMOND O'CONNELL, aka "Sal," aka "White Boy," aiding and abetting each other, knowingly and intentionally distributed, and willfully caused to be distributed, at least five kilograms, that is, approximately 5,015.2 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II); 18 U.S.C. §§ 2(a), (b)]

[ALL DEFENDANTS]

On or about September 12, 2024, in Los Angeles County, within the Central District of California, defendants DAVID RODRIGUEZ, also known as ("aka") "Gotti," aka "Fat Boy," and RAYMOND O'CONNELL, aka "Sal," aka "White Boy," aiding and abetting each other, knowingly and intentionally possessed with intent to distribute, and willfully caused to be possessed with intent to distribute, at least five kilograms, that is, approximately 547 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

## COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II); 18 U.S.C. §§ 2(a), (b)]

[ALL DEFENDANTS]

On or about October 7, 2024, in Los Angeles County, within the Central District of California, defendants DAVID RODRIGUEZ, also known as ("aka") "Gotti," aka "Fat Boy," and RAYMOND O'CONNELL, aka "Sal," aka "White Boy," aiding and abetting each other, knowingly and intentionally possessed with intent to distribute, and willfully caused to be possessed with intent to distribute, at least five kilograms, that is, approximately 175.8 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 881(a)(6), 28 U.S.C. § 2461(c)

and 21 U.S.C. § 853]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 881(a)(6), Title 28, United States Code, Section 2461(c) and Title 21, United States Code Section 853, in the event of any defendant's conviction under any of Counts One through Five of this Indictment.

2.  Defendants shall forfeit to the United States the following property:

    a.  all right, title and interest in any and all property, real or personal:

        i.  constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any offense set forth in any of Counts One through Five of this Indictment; or

        ii.  used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any offense set forth in any of Counts One through Five of this Indictment; and

    b.  a sum of money equal to the total value of the property described in subparagraph a above.

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendants shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of any defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon

the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, International Narcotics, Money Laundering, and Racketeering Section

BRITTNEY M. HARRIS
Assistant United States Attorney
Deputy Chief, International Narcotics, Money Laundering, and Racketeering Section

JENNA G. WILLIAMS
Assistant United States Attorney
Corporate and Securities Fraud Strike Force Section

9