**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>David Rodriguez,<br>DEFENDANT(S). | CASE NUMBER<br><br>CR 24-00665-SVW-1<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of  Defendant  , IT IS ORDERED that a detention hearing is set for  Monday, December 9  ,  2024  , at  1:00  ☐ a.m. / ☒ p.m. before the Honorable  Steve Kim  , in Courtroom  540  .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  December 4, 2024

Steve Kim, Magistrate Judge